STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    Fax: (415) 436-7234
    mohit.gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-442 SI |
|---|---|---|
| Plaintiff, | ) ) ) | MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO ORDER DEFENDANT DETAINED |
| v. | ) ) ) | |
| ADRIAN KYLE BENJAMIN, | ) ) | |
| Defendant. | ) ) ) | |

      Pretrial Services submitted a notice of violation on May 13, 2021, alleging that Adrian Kyle Benjamin, despite being ordered not to possess or access *any* electronic devices with Internet capacity, has violated his release condition by continuing to access online platforms such as Discord, Rec Room, and YouTube, and had potential contact with minors online. The FBI is still investigating whether Benjamin committed new federal crimes. But it is clear that Benjamin has violated the trust that this Court placed in him by releasing him to a halfway house under stringent conditions.

      Adrian Kyle Benjamin was released on October 22, 2020. That release followed an appeal to the district court, which held that the release conditions initially imposed by the magistrate judge were inadequate and remanded the matter for an entry of order that Benjamin be released to a halfway house

without *any* access to electronic devices. *See* Dkt. 20; *see also* Dkts. 8, 13, 19, 23 (various government detention briefings). The strict terms of release were necessary because Benjamin had continued to entice minors online even after the FBI searched his residence in March 2020 and warned him of his unlawful and damaging conduct.

Benjamin has not been able to abide by the conditions of his release. Under usernames known to law enforcement, he is now alleged to have used his halfway-house roommate's mobile phone to participate in online chat rooms, including those with minors. Subpoena returns confirm that Benjamin utilized his roommate's Verizon iPhone device to access the Internet.

As explained in the government's prior briefings, including based on a conversation with the Director of the halfway house, the halfway house does not have the capacity to mitigate Benjamin's danger. *See* Dkt. 23 at 3-4 ("Though his conditions, as ordered on remand, would not allow him any electronic devices of his own, Benjamin would have easy access to devices belonging to other residents, likely including those with whom he shares a room."). Now that Benjamin has exploited the system's weaknesses, that fact is irrefutable.

*****

Benjamin has once again proven that he will continue to disregard the law no matter the consequences. As a result, the United States requests that he be detained because there are no conditions of release that could reasonably assure the safety of the community.

DATED: May 14, 2021

Yours sincerely,

STEPHANIE M. HINDS
Acting United States Attorney

  /s/ *Mohit Gourisaria*
MOHIT GOURISARIA
Assistant United States Attorney

UNITED STATES' MEMORANDUM
CR 20-442 SI                                                    2