STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6073
    FAX: (415) 436-7234
    Mohit.Gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN KYLE BENJAMIN,<br><br>    Defendant. | **CR 20-442 SI**<br><br>STIPULATION TO EXCLUDE TIME FROM AUGUST 31, 2021 TO OCTOBER 1, 2021 AND [PROPOSED] ORDER |

    The above-captioned matter is set for a consolidated change of plea and sentencing on August 31, 2021. The parties request that the consolidated change of plea and sentencing be continued to October 1, 2021 (or the earliest available date thereafter).

    The parties stipulate that time should be excluded from August 31, 2021 through October 1, 2021 so that defense counsel may continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until October 1, 2021 will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 31, 2021 through

1  October 1, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public
2  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
3         The undersigned Assistant United States Attorney certifies that he has obtained approval from
4  counsel for the defendant to file this stipulation and proposed order.

6  IT IS SO STIPULATED.

7   Dated: July 26, 2021                    STEPHANIE M. HINDS
                                            Acting United States Attorney
8

9                                            ____/s/_____
                                            MOHIT GOURISARIA
10                                          Assistant United States Attorney

13  Dated: July 26, 2021
                                            ____/s/_____
14                                          JAMES REILLY
                                            Attorney for Defendant

STIP AND [~~PROPOSED~~] ORDER                    2
CR 20-442 SI

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 31, 2021 through October 1, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 31, 2021 through October 1, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 31, 2021 through October 1, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

July 26, 2021
DATED

Hon. Susan Illston
United States Senior District Judge