# EXHIBIT B





## The Journal of Psychology

ISSN: 0022-3980 (Print) 1940-1019 (Online) Journal homepage: https://www.tandfonline.com/loi/vjrl20

# A Meta-Analysis of the Published Research on the Effects of Child Sexual Abuse

Elizabeth ODDONE Paolucci , Mark L. Genuis & Claudio Violato

**To cite this article:** Elizabeth ODDONE Paolucci , Mark L. Genuis & Claudio Violato (2001) A Meta-Analysis of the Published Research on the Effects of Child Sexual Abuse, The Journal of Psychology, 135:1, 17-36, DOI: 10.1080/00223980109603677

**To link to this article:** https://doi.org/10.1080/00223980109603677

Published online: 02 Apr 2010.

Submit your article to this journal

Article views: 5758

View related articles

Citing articles: 599 View citing articles

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=vjrl20

The Journal of Psychology, 2001, 135(1), 17–36

# A Meta-Analysis of the Published Research on the Effects of Child Sexual Abuse

ELIZABETH ODDONE PAOLUCCI
MARK L. GENUIS
National Foundation for Family Research and Education, Calgary, Canada

CLAUDIO VIOLATO
Department of Applied Psychology
University of Calgary, Canada

ABSTRACT. A meta-analysis of the published research on the effects of child sexual abuse (CSA) was undertaken for 6 outcomes: posttraumatic stress disorder (PTSD), depression, suicide, sexual promiscuity, victim–perpetrator cycle, and poor academic performance. Thirty-seven studies published between 1981 and 1995 involving 25,367 people were included. Many of the studies were published in 1994 (24; 65%), and most were done in the United States (22; 59%). All six dependent variables were coded, and effect sizes (d) were computed for each outcome. Average unweighted and weighted $ds$ for each of the respective outcome variables were .50 and .40 for PTSD, .63 and .44 for depression, .64 and .44 for suicide, .59 and .29 for sexual promiscuity, .41 and .16 for victim–perpetrator cycle, and .24 and .19 for academic performance. A file drawer analysis indicated that 277 studies with null $ds$ would be required to negate the present findings. The analyses provide clear evidence confirming the link between CSA and subsequent negative short- and long-term effects on development. There were no statistically significant differences on $ds$ when various potentially mediating variables such as gender, socioeconomic status, type of abuse, age when abused, relationship to perpetrator, and number of abuse incidents were assessed. The results of the present meta-analysis support the multifaceted model of traumatization rather than a specific sexual abuse syndrome of CSA.

Key words: childhood sexual abuse, meta-analysis, posttraumatic stress disorder, suicide

CHILD SEXUAL ABUSE (CSA) has been reported to affect between 4% and 50% of children and adolescents with an average prevalence of approximately 15% to 20% (Violato & Genuis, 1993). This is an alarmingly high prevalence rate. The great variation in prevalence from study to study is due to a number of factors, including differences in definition, measurement, samples, and reporting methods. The inconsistencies in reports of both the short- and long-term seque-

Address correspondence to Elizabeth Oddone Paolucci, Intaglio Research 498, 918–16 Ave. N.W., Calgary, Alberta T2M 0K3, Canada; eoddone@acs.ucalgary.ca (e-mail).

lae of CSA have created confusion about the impact and severity of CSA on human development. Considerable research on the sequelae of CSA has now been conducted and published. The major purpose of the present study was to conduct a meta-analysis of this published research.

Some researchers have argued that the traumatic impact of CSA has been greatly overstated (Brongersma, 1984, 1991; Chiswick, 1983; Sandfort, Brongersma, & van Naerssen, 1990); others contend that victims of CSA experience numerous detrimental effects and disturbances (Conte & Shuerman, 1987). Many studies have been conducted, but the effects, sequelae, and prevalence of CSA still remain unclear (Violato & Genuis, 1993, 1994). Several of these studies are characterized by serious design and measurement problems, including variability in definitions of CSA, biased sampling, the use of varying and inadequate outcome measures, and the absence of appropriate control groups (Collings, 1995; Conte & Schuerman, 1987; Dubowitz, Black, Harrington, & Verschoore, 1993; Green, 1993; Violato & Genuis, 1993).

The impact on human development that may result from CSA experiences is of increasing concern to researchers, clinicians, and policymakers (Frazier & Cohen, 1992; Kolko & Moser, 1988; Tong, Oates, & McDowell, 1987). The present review and meta-analytic investigation focused on six specific effects of child sexual abuse on human development and behavior. Specifically, the outcomes studied include posttraumatic stress disorder (PTSD), depression, suicide, sexual promiscuity, victim–perpetrator cycle, and poor academic achievement.

*Theories of the Effects of Child Sexual Abuse*

There are several theoretical explanations of how CSA affects children's development. Green (1993) and Kendall-Tackett, Williams, and Finkelhor (1993) provided succinct reviews of two main theoretical conceptualizations of how CSA affects development. The first, *core-symptom theories*, holds that victims of CSA display a conspicuous syndrome of symptomatology including sexualized behavior and PTSD. Although Kendall-Tackett et al. (1993) did not find support for this contention, proponents of this perspective have argued that damage to self-image and symptoms of sexualized behavior and PTSD are more common in sexually abused children than in other clinical groups.

Specifically, using structured interviews among 26 sexually abused children and 23 non-sexually abused children referred for psychiatric outpatient evaluation, McLeer, Callaghan, Henry, and Wallen (1994) found that although the groups did not differ significantly in the number of diagnoses, the prevalence of PTSD among sexually abused children was significantly greater. According to McLeer et al. (1994), the known stability of PTSD across time; its disruptive effect on behavior, affect, and social development; and its resistance to traditional treatments leave children who develop PTSD at considerable risk for prolonged dysfunction.

The second group of theories has been termed *multifaceted models of traumatization* (Kendall-Tackett et al., 1993). According to this view, the impact of sexual abuse is complicated because it produces multifaceted effects. As a result, some theorists have argued that distinct mechanisms and processes operate to account for the variety of outcomes (e.g., Finkelhor & Browne, 1985). Other theorists have posited that family dysfunction or a general maltreating environment is the root of CSA trauma (e.g., Conte & Schuerman, 1987). Still others have described sexual abuse as a generalized stressor after which the child victim is likely to develop problems in whatever area she or he may have had a prior vulnerability (Kendall-Tackett et al., 1993). Given its heterogeneous nature, Green (1993) recommended defining sexual abuse as an event rather than as a psychiatric syndrome or disorder. Moreover, Green urged that researchers and clinicians integrate a variety of data through careful assessments of both the victimized child and his or her parents.

*Effects of Child Sexual Abuse*

Despite a lack of theoretical and empirical support, proponents of child and adult sexual relationships have argued that sexual interests and behaviors of adults with children should be considered acceptable, normal, and healthy expressions that affirm a child's sense of personal worth, independence, and sexual power (Brongersma, 1984; Chiswick, 1983; Sandfort et al., 1990). These "diverse" experiences are believed to enable children to construct their own sexuality from greater possibilities (Sandfort et al., 1990) and thereby foster healthy child development.

Conversely, numerous empirical studies investigating the developmental impact of sexual abuse on children and adolescents indicate that many symptoms of maladjustment and maladaptation are associated with the experience of sexual abuse. Most frequently reported are problems of depression, anxiety, and other internalizing disorders, as well as externalizing problems such as dissociation, conduct disorders, aggressiveness, and inappropriate or early sexual behavior and activity (Bagley, 1991; Bagley & McDonald, 1984; Caffaro-Rouget, Lang, & van Santen, 1989; Dutton & Hart, 1992; Fromuth & Burkhart, 1989; Higgins & McCabe, 1994; Kolko & Moser, 1988; Mayall & Gold, 1995; Mullen, Martin, Anderson, Romans, & Herbison, 1994; Swanston, Tebbutt, O'Toole, & Oates, 1997; Trickett, McBride-Chang, & Putnam, 1994; Widom & Ames, 1994).

Specifically, sexual maladjustment, interpersonal problems, educational difficulties, acute anxiety neuroses, self-destructive acts, somatic symptoms, loss of self-esteem, prostitution and delinquent criminal behavior, depression, and actual or attempted suicide are some of the difficulties reported by CSA victims (Browne & Finkelhor, 1986; Conte & Schuerman, 1987; Tong et al., 1987). Although the list of psychological sequelae that researchers have found to be related to CSA is long, PTSD symptoms and sexualized behaviors are among the

effects reported most frequently (Browne & Finkelhor, 1986; Higgins & McCabe, 1994; Kendall-Tackett et al., 1993). Still, no specific sexual abuse syndrome has been confirmed as a sequela to CSA.

Numerous reviews, primarily narrative in nature, have been conducted in the area of child sexual abuse. For instance, Browne and Finkelhor (1986) reviewed studies that attempted to confirm empirically the effects of CSA within the clinical literature. They found that sexual abuse perpetrated by father figures and involving genital contact and force was the most damaging CSA experience. Browne and Finkelhor's intentional decision to limit their review only to female victims of CSA does not assist us in understanding how CSA affects males. Furthermore, this narrative review did not employ the rigors of selection, data coding, and analysis that are possible in meta-analysis.

Another well-known review that includes both a narrative and an empirical synthesis was reported by Kendall-Tackett et al. (1993). They reviewed 45 quantitative studies of sexually abused children (i.e., 18 years and under) that had been published between 1988 and 1992. The majority of these studies had sample sizes between 25 and 50 that were drawn primarily from sexual abuse evaluation or treatment programs. Kendall-Tackett et al. found that sexually abused children had more symptoms (e.g., fears, PTSD, behavior problems, sexualized behaviors, and poor self-esteem) than nonabused children, with abuse accounting for 15% to 45% of the variance in symptomatology differences. Although analyses revealed symptoms specific to certain ages, no one symptom appeared to characterize a majority of sexually abused children. Kendall-Tackett et al. (1993) argued that there is not any specific syndrome in children who have been sexually abused and no single traumatizing process.

The Kendall-Tackett et al. (1993) review made an important contribution, but it is limited in several ways. First, only studies from a very limited time frame (1988 to 1992) were included, which may reflect a research inclusion bias. Second, studies with very small sample sizes (e.g., as few as 8 participants) were included, thereby reducing statistical power. Third, the effects of sexual abuse only on persons aged 18 or older were studied. Accordingly, we cannot determine whether specific symptoms do become particular to CSA victims later in life. A discussion of the long-term effects and trends of CSA is limited within the Kendall-Tackett et al. (1993) review, given the restricted age range. Fourth, although many important intervening variables, such as age at the time of assessment, identity of the perpetrator, and time elapsed between abusive incident and assessment were discussed, inferential statistical analyses were not conducted on these variables. Instead, Kendall-Tackett et al. (1993) simply recorded, when possible, the number of studies that reported a significant difference in impact and the direction of the findings.

To date, there is only one published study that has attempted to empirically summarize the existing state of research regarding the consequences of CSA. Jumper's (1995) meta-analysis of the effects of CSA on adult adjustment was based on the specific outcomes of psychological symptomatology, depression,

and self-esteem. Jumper's meta-analysis included 26 published studies. Effect size estimates were computed for each of the dependent variables. The results indicated statistically significant relationships for the experience of CSA and subsequent difficulties in psychological adjustment as measured by psychological symptomatology ($r_u$ = .27), depression ($r_u$ = .22), and self-esteem ($r_u$ = .17). Effect size estimates in all three analyses suggested a significant increase in pathologies among those experiencing CSA across a variety of sampling methods, definitions of sexual abuse, date of publication, and gender of participants.

Jumper's (1995) meta-analysis, however, is limited in several ways. First, it was focused on rather narrow outcome variables. Second, the number of studies included was quite limited. Third, it was focused specifically on adult outcomes, thereby neglecting short- or medium-term outcomes. Thus, there is still considerable disarray in the study of the effects of CSA. Nonetheless, to come to a better understanding of the chaotic and inconsistent research, greater efforts such as those of Jumper and Kendall-Tackett et al. (1993) are required. There is a need to transform the results of all the relevant CSA studies to a common statistical metric using meta-analysis to provide an accurate estimate of the strength of the effects of CSA on victims.

In the present meta-analysis, we attempted to overcome the limitations of previous work. The main aim of the present study, therefore, was to conduct an empirical integration of the published research and to clarify some of the conflicting information about six specific outcomes of CSA (PTSD, depression, suicide, sexual promiscuity, victim–perpetrator cycle, and poor academic performance). The possible impact of a number of mediating variables on each of the outcomes was also investigated.

## Method

### Definitions Adopted

A standard definition of child sexual abuse has not yet been reached (Genuis, 1991; Kassim & Kassim, 1995; Violato & Genuis, 1993, 1994; Violato & Travis, 1995). Although some researchers have restricted their definition of CSA exclusively to acts of sexual intercourse and penetration, others have included a broader range of victimization, such as the witnessing of a sexual act between others, being fondled, or being spoken to in a sexual manner (Metcalfe, Oppenheimer, Dignon, & Palmer, 1990). For the present meta-analysis, we have defined CSA as any unwanted sexual contact (ranging from genital touching and fondling to penetration) during the period in which the victim is considered a child by legal definition and the perpetrator is in a position of relative power vis à vis the victim (Violato & Genuis, 1993, p. 37).

In the fourth edition of the *Diagnostic and Statistical Manual of Mental Disorders* (*DSM-IV*; American Psychiatric Association, 1994), PTSD is defined as

the development of characteristic symptoms following exposure to an extreme traumatic stressor involving a direct personal experience. To receive a PTSD diagnosis, an individual must demonstrate the persistence (i.e., lasting more than 1 month) of various symptoms that have caused or are causing impairment or distress in one's social, occupational, or other important areas of functioning. Some of these symptoms may include re-experiencing the trauma, avoidance of stimuli associated with the trauma, numbing of general responsiveness, increased arousal and anxiety, sleep disruption, hyper-vigilance, difficulty concentrating, experiences of dissociative states, and diminished interest or participation in previously enjoyed activities (American Psychiatric Association, 1994).

Depression is the display of a despondent mood or the loss of interest or pleasure in nearly all activities; irritability, sadness; changes in appetite or weight, sleep, psychomotor activity; decreased energy; feelings of worthlessness or guilt; and difficulty thinking, concentrating, or making decisions (American Psychiatric Association, 1994). Suicidality consists of recurrent thoughts of death or suicidal ideation and plans, and attempts or gestures of self-harm with death as a possible end result. Sexual promiscuity is defined as early involvement in sexual activity and/or prostitution. The victim–perpetrator cycle involves acts of sexual victimization directed against others following a single or repeated instances of having been sexually victimized. Finally, academic performance in the present study is defined by scores on intelligence or achievement tests and teacher ratings or self-reports of student learning.

Based on the adopted definition of CSA and each of the constructs just mentioned, we included studies that assessed any of the foregoing symptoms and outcomes for coding and analysis in the current meta-analysis.

## Literature Search

The studies selected for this meta-analysis were located by computer and hand searches of the published research from 1976 to 1996. Using the term *child sexual abuse*, we found a total of 860 studies from the search of the CD-ROM *PsycLIT*, Sociofile, and *ERIC* databases. This initial search included documents of published journal articles and conference papers. Each of the 860 original studies was evaluated against the inclusion criteria. Those lacking the necessary requirements were eliminated, thereby resulting in a total of 37 empirical investigations that were accessible, retrieved, and included in the final analyses.

## Inclusion Criteria

To be included in the meta-analysis, studies were required to meet five main criteria. First, studies had to focus on at least one of the six identified outcome effects (as defined earlier) of sexual abuse on persons victimized in childhood. Second, the authors needed to empirically report their findings on the specific

dependent variable measure. Third, studies were required to have included empirical data on a contrast group of persons who were *not known* to have experienced CSA. Fourth, only studies that used psychometric measures were included (standardized measurement instruments, observation techniques, checklists, etc.). Fifth, studies were required to have sample sizes of 12 or greater.

*Data Coding*

The effect sizes from the PTSD, depression, suicide, sexual promiscuity, victim–perpetrator cycle, and academic performance measures were the dependent variables; the experience of CSA was the independent variable. All the studies were coded for six mediating variables, which included participant gender, socioeconomic status (SES), type of sexual abuse, age of abuse, relationship to perpetrator of sexual abuse, and number of CSA incidents. Studies received a score of 1 if no statistical differences were tested, a score of 2 if no statistical differences were found, and a score of 3 if a statistical difference was reported between the groups on the specific mediator variable.

Additional recorded and coded factors for each study included the source of study, year, country of the first author, clinical group sample size, contrast group sample size, total sample size, type of design (i.e., longitudinal, cross-sectional, retrospective, and retrospective-longitudinal), sampling method (i.e., random, stratified random, cluster, systematic, convenience, quota, and dimensional), assessment method (interview, questionnaire, rating scales, standardized test, observation, and self-report), type of instrument (structured interview, standardized questionnaire, and developed questionnaire), highest level of statistics computed (i.e., percentages, univariate, multivariate, and structural equation modeling), and reliability of the assessment measure. A summary of the coding results of some of the descriptive characteristics of the studies and the effect sizes is presented in Table 1.

The effect size for the dependent variable was calculated from means and standard deviations, correlations, chi squares, *p* values, *t* scores, and *F* ratios, as is conventional in meta-analysis of *d* values (Glass, McGaw, & Smith, 1981; Hunter & Schmidt, 1990; Rosenthal, 1991; Wolf, 1986). Moreover, effect sizes for percentages were computed from a table of probit transformations of differences in proportions to effect sizes (Glass et al.). The baseline prevalence rate for CSA in the general population was conservatively adopted at 20% (Violato & Genuis, 1994). Quality weightings based on study sample size were used as an adjustment mechanism in computing an average weighted effect size (Rosenthal, 1995).

## Results

The results of the meta-analysis are presented in three main sections: descriptive statistics of the characteristics of the studies, effect size analysis, and the analysis of potentially mediating variables on the effect size.

**TABLE 1**
**Study Characteristics and Effect Sizes**

| Author | Country | $n$ | Unweighted $d$ | Outcome | Statistics used |
|---|---|---|---|---|---|
| Astin, Ogland-Hand, Coleman, & Foy (1995) | USA | 50 | .31 | P | %, $\chi^2$, $F$ |
| Bagley (1991) | Canada | 750 | .31, .23, .13 | P, D, S | %, $r$, $t$ |
| Bagley & Genuis (1992) | Canada | 200 | .70, .45 | P, V | %, $r$ |
| Bagley & McDonald (1984) | Canada | 62 | 1.5 | D | %, $r$, $R^2$ |
| Bagley & Shewchuk-Dann (1991) | Canada | 382 | .52, .10, 1.29, 0 | P, D, S, A, V | %, $\chi^2$ |
| Bagley, Wood, & Young (1994) | Canada | 698 | .71, .74, .69 | P, D, S | %, $r$, $t$, $R^2$ |
| Bagley, Wood, & Young (1994) | Canada | 685 | 2.47, 3.31, 1.25 | P, D, S | %, $r$, $t$, $R^2$ |
| Bagley & Young (1987) | Canada | 90 | 1.5 | SP | %, $R^2$ |
| Caffaro-Rouget, Lang, & vanSanten (1989) | Not reported | 297 | 0, 0 | SP, A | %, $\chi^2$ |
| Calverley, Fischer, & Ayoub (1994) | USA | 16 | .72 | P | %, $r$, $z$ |
| Collings (1995) | South Africa | 258 | .17, −.07 | P, D | %, $F$ |
| Collings (1995) | South Africa | 228 | 1.2, .76 | P, D | %, $F$ |
| Conte & Schuerman (1987) | USA | 687 | 0, 0, 0, 0, 0 | P, D, S, SP, V | %, $t$, $\chi^2$, $R^2$ |
| Dubowitz, Black, Harrington, & Verschoore (1993) | USA | 163 | 1.0, 1.08 | P, D | %, $t$ |
| Dutton & Hart (1992) | Canada | 598 | .21 | V | %, $\chi^2$ |
| Frazier & Cohen (1992) | USA | 82 | .37, .72, .95, .14 | P, D, S, A | %, $r$ |
| Fromuth & Burkhart (1989) | USA | 253 | .24, .32, .24 | P, D, SP | %, $r$ |
| Fromuth & Burkhart (1989) | USA | 329 | −.08, .04, .06 | P, D, SP | %, $r$ |
| Gleaves & Eberenz (1993) | USA | 535 | .52 | S | %, $\chi^2$ |
| Hanson, Lipovsky, & Saunders (1994) | USA | 74 | .30, .40, .44 | P, D, V | %, $F$, $t$ |

*(table continues)*

**TABLE 1—Continued**

| Author | Country | $n$ | Unweighted $d$ | Outcome | Statistics used |
|---|---|---|---|---|---|
| Herbert (1987) | Canada | 63 | 0, 0, 0, .10 | P, D, S, SP | % |
| Higgins & McCabe (1994) | Australia | 199 | .39, .46 | P, D | $\%, \chi^2, F, R^2$ |
| Himelein (1995) | USA | 100 | .56 | SP | $\%, \chi^2, r, t$ |
| Hunter (1991) | USA | 104 | .73, 1.07 | P, D | $\%, t, \chi^2, F$ |
| Johnson (1988) | USA | 47 | .91 | V | % |
| Kolko & Moser (1988) | USA | 51 | .48, .51, .45 | P, D, SP | % r, t, F |
| Kolko, Moser, & Weldy (1990) | USA | 153 | 0, 2.9 | D, SP | $\%, \chi^2, F$ |
| Kuyken & Brewin (1995) | England | 91 | .63, .47, .52 | P, D, S | r, F |
| Mannarino, Cohen, & Berman (1994) | USA | 80 | .95 | P | r |
| Mayall & Gold (1995) | USA | 654 | .33 | SP | $F, r, \chi^2$ |
| Metcalfe, Oppenheimer, Dignon, & Palmer (1990) | England | 100 | .29 | D | % |
| Mullen, Martin, Anderson, Romans, & Herbison (1994) | Australia | 496 | .17, 0, .13 | P, D, SP | $\%, \chi^2, F$ |
| Parker & Parker (1991) | USA | 491 | .01 | P | %, F |
| Seng (1989) | USA | 105 | 1.95, 1.04, 1.17 | D, S, A | %, Fisher's |
| Silbert & Pines (1981) | USA | 200 | 1.43 | SP | %, F |
| Tong, Oates, & McDowell (1987) | Australia | 90 | −.69, .59, −.42 | P, D, A | $\%, \chi^2, t$ |
| Trickett, McBride-Chang, & Putnam (1994) | USA | 147 | .56, .64, .57 | P, D, A | $\%, r, R^2$ |
| Widom & Ames (1994) | USA | 820 | .13, .11 | SP, V | $\%, \chi^2, z$ |
| Wind & Silvern (1994) | USA | 193 | .74, .52, .40 | P, D, SP | $\%, t, F, R^2$ |
| Worling (1995) | Canada | 87 | .72 | V | $\%, \chi^2$ |

*Note. $N$ = 25,367. P = Posttraumatic stress disorder; D = Depression; S = Suicide; SP = Sexual promiscuity; V = Victim–perpetrator cycle; A = Academic achievement.

## Descriptive Statistics for Study Characteristics

The 37 studies coded (see References and Table 1) included 88 samples across the six dependent measures and 25,367 persons (mean per study was 634, with a range of 16 to 820). Of the total sample size across studies, 9,230 (36%) reported experiences of CSA. We did not conduct tests for homogeneity because they are required only when samples are theoretically very disparate in nature

(Rosenthal, 1995). The studies ranged in publication date from 1981 to 1995, with the majority of studies being published in 1994 (65%; 24 studies). The majority of studies were retrospective-longitudinal in nature, used samples of convenience, assessed participants through standardized questionnaires, and computed univariate and multivariate statistics in relation to the specific examined outcomes.

### Effect Size Analysis

A variety of approaches exist for the computation of effect sizes within the *d* family (e.g., Cohen's *d*, Hedges's *g*). In the current research, Glass's delta was selected. Glass's effect size is the difference between population means divided by the standard deviation of the population control group (Rosenthal, 1994). According to Rosenthal (1994), this estimate is preferred when the standard deviations based on the two different conditions differ greatly from each other.

Table 1 summarizes the unweighted effect sizes computed for each study. The effect sizes for each of the 88 samples ranged from a minimum value of −.69 to a maximum value of 3.31. A positive effect size in this analysis indicates that experiences of CSA had negative outcomes, whereas a negative effect size indicates that CSA had positive consequences in relation to the examined outcomes.

Studies differ from one another in many methodological and substantive ways (Shadish & Haddock, 1994). To take these differences into account, it was necessary to use a procedure that would justify the combination of the 37 studies used in this meta-analysis. Appropriate weights by study sample size were calculated to minimize the variance. Such a weighting assumes that studies with larger samples have a smaller variance and in turn are better estimates of effect size. Shadish and Haddock termed this a quality rating, which is the only standardized weighting scale for studies to date. It was this quality-weighted version that was used to compute the weighted average effect size.

As shown in Table 2, the average unweighted effect size and average weighted effect size were calculated for all the dependent variables across studies. The most conservative estimate of the influence of CSA on the outcomes is the average weighted *d* value, which also revealed the smallest variability (standard deviation ranged from .03 to .07 across the dependent measures) and the narrowest confidence limits (e.g., .41 to .47 for depression). Therefore, we can be 95% confident that the prevalence rate of PTSD as an outcome due to CSA in the general population falls within the boundaries of .37 to .43. In contrast, the average unweighted *d*, which most closely reflected the raw data, had the greatest variability (standard deviation ranged from .30 to .79) and largest confidence intervals (e.g., −.20 to 1.38 for sexual promiscuity).

Table 2 also presents the results of the raw counts and percentages in the form of an average weighted binomial effect size display (BESD). This display demonstrates the practical importance of any effect indexed by a correlation

**TABLE 2**
**CSA Outcome Measures and Effect Sizes**

| Outcome | No. of incidents | $N$ | $d_{AUW}$ | $SD$ | CI (95%) | $d_{AW}$ | $SD$ | CI (95%) | File drawer | $BESD_{AW}$ | % Increase |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PTSD | 26 | 6,860 | .50 | .56 | −.06 to 1.05 | .40 | .03 | .37 to .43 | 73.40 | $r = .20$<br>59.85 40.14<br>40.14 59.85 | .20 |
| Depression | 25 | 6,417 | .63 | .73 | −.11 to 1.36 | .44 | .03 | .41 to .47 | 95.30 | $r = .21$<br>60.73 39.26<br>39.26 60.73 | .21 |
| Suicide | 10 | 4,008 | .64 | .47 | .17 to 1.11 | .44 | .04 | .40 to .48 | 39.18 | $r = .21$<br>60.66 39.33<br>39.33 60.66 | .21 |
| Sexual promiscuity | 14 | 4,386 | .59 | .79 | −.20 to 1.38 | .29 | .04 | .25 to .32 | 49.29 | $r = .14$<br>57.06 42.93<br>42.93 57.06 | .14 |
| Victim–perpetrator cycle | 7 | 2,513 | .41 | .30 | .10 to .71 | .16 | .05 | .11 to .21 | 14.88 | $r = .08$<br>54.03 45.96<br>45.96 54.03 | .08 |
| Academic performance | 6 | 1,103 | .24 | .51 | −.26 to .75 | .19 | .07 | .12 to .26 | 5.20 | $r = .10$<br>54.78 45.21<br>45.21 54.78 | .10 |

*Note.* CSA = child sexual abuse. $d_{AUW}$ = average unweighted effect size. $d_{AW}$ = average weighted effect size. CI = confidence interval. $BESD_{AW}$ = average weighted binomial effect size display.

coefficient (Rosenthal, 1994, 1995). The correlation ($r$) refers to the difference in outcome rates between the experimental and control groups, whereby the column and row totals always sum to 100. The results indicate that there is a substantial increase in negative outcome for each identified dependent variable.

The specific point increases can be found in Table 3. According to the *DSM–IV* (American Psychiatric Association, 1994), community studies have revealed a lifetime prevalence for PTSD ranging from 1% to 14%. To be conservative, using the upper limit of 14% and an average weighted effect size $r$ of .20, the current meta-analysis indicates that there is a 143% (20/14 × 100) increase in risk of developing PTSD symptoms following CSA among the general population. Similarly, there is a 150% (21/14 × 100) increase in risk of becoming depressed or suicidal, a 100% (14/14 × 100) increase in risk of becoming sexually promiscuous, a 57% (8/14 × 100) increase in risk of engaging in the victim–perpetrator cycle, and a 71% (10/14 × 100) increase in risk of reducing one's academic performance. Thus, the magnitude of the effect of CSA on all the outcomes examined has substantial practical significance that requires immediate public attention and action.

We computed an estimate of the Fail Safe $N$[1] to assess the file drawer problem, which assumes that journals contain 5% of the studies that show Type I errors, whereas the file drawers in research laboratories are filled with 95% of studies showing nonsignificant results (Rosenthal, 1991). We found that 73 unreported PTSD studies averaging a null result would have to exist somewhere before the overall results of the current meta-analysis could be reasonably ascribed to sampling bias. Similarly, 95 unreported studies on depression, 39 studies on suicide effects, 49 on sexual promiscuity, 15 on the victim–perpetrator cycle, and 5 on poor academic performance would be required to refute the results of the present meta-analysis. Accordingly, we can accept with confidence that the results of the current meta-analysis were not a function of failure to publish nonsignificant results.

*Analysis of Mediating Variables*

A number of potential mediating variables were studied using univariate analyses. Specifically, these variables included gender, socioeconomic status, type of abuse reported, age of abuse, relation of the victim to the perpetrator, and the number of abusive incidents. Because regression analyses were not possible,

---

[1]The following formula reported by Wolf (1986) was used to estimate the number of unpublished studies that would be necessary to include so as to reverse the present findings and produce an effect size equal to zero (i.e., Fail Safe $N$): $ES$ = effect sizes in the present study per domain; $N$ = number of studies in the meta-analysis; $N_{fs.05}$ = number of studies required to nullify present mean $ES$ at the .05 level of significance:

$$N_{fs.05} = \frac{(\text{sum of } ES)^2}{(1.645)} - N.$$

**TABLE 3**
**Potential Effect of Mediating Variables on Average Unweighted *d* and Weighted *d* Outcomes**

| Variable | PTSD | | | Depression | | | Suicide | | | Sexual promiscuity | | | Academic achievement | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | df | F | p | df | F | p | df | F | p | df | F | p | df | F | p |
| *Unweighted d* | | | | | | | | | | | | | | | |
| Gender | 2, 23 | .19 | .83 | 2, 22 | .69 | .51 | 1, 8 | .40 | .54 | 2, 11 | .26 | .77 | 1, 4 | — | — |
| SES | 2, 23 | .24 | .79 | 2, 22 | .23 | .80 | 1, 8 | .06 | .81 | 2, 11 | .19 | .83 | 1, 4 | .17 | .70 |
| Type of abuse | 2, 23 | .18 | .83 | 2, 22 | .24 | .79 | 1, 8 | .96 | .36 | 2, 11 | 3.0 | .09 | 1, 4 | .44 | .54 |
| Age of abuse | 2, 23 | .26 | .77 | 2, 22 | .64 | .54 | 1, 8 | .03 | .86 | 2, 11 | 2.4 | .13 | 1, 4 | .76 | .43 |
| Relation to perpetrator | 2, 23 | .55 | .58 | 2, 22 | .15 | .86 | 1, 8 | .40 | .54 | 2, 11 | .49 | .63 | 1, 4 | .44 | .54 |
| Number of incidents | 2, 23 | .18 | .83 | 2, 22 | .24 | .79 | 1, 8 | .96 | .36 | 2, 11 | .49 | .63 | 1, 4 | .17 | .70 |
| *Weighted d* | | | | | | | | | | | | | | | |
| Gender | 18, 7 | .23 | .99 | 18, 6 | .62 | .80 | 7, 2 | .23 | .94 | 8, 5 | .71 | .68 | 4, 1 | — | — |
| SES | 18, 7 | .12 | 1.0 | 18, 6 | .10 | 1.0 | 7, 2 | .19 | .96 | 8, 5 | .08 | 1.0 | 4, 1 | .17 | .93 |
| Type of abuse | 18, 7 | — | — | 18, 6 | — | — | 7, 2 | .63 | .73 | 8, 5 | 1.2 | .43 | 4, 1 | .42 | .80 |
| Age of abuse | 18, 7 | 1.96 | .19 | 18, 6 | 1.3 | .38 | 7, 2 | .97 | .59 | 8, 5 | 1.2 | .43 | 4, 1 | — | — |
| Relation to perpetrator | 18, 7 | 1.41 | .34 | 18, 6 | .84 | .65 | 7, 2 | .73 | .73 | 8, 5 | 2.34 | .18 | 4, 1 | .42 | .80 |
| Number of incidents | 18, 7 | — | — | 18, 6 | .43 | .92 | 7, 2 | .63 | .73 | 8, 5 | .52 | .81 | 4, 1 | .17 | .93 |

*Note.* Dashes indicate that the *F* value was not estimated because there were fewer than 2 non-empty groups. For the same reason, no values were obtained for victim–perpetrator cycle.

a series of analyses of variance (ANOVAs) were conducted, and the results are presented in Table 3. We could not obtain results for some of the outcomes measured due to their homogeneous nature and lack of variability. A total of 36 univariate tests were executed one at a time, and none of the mediating variables was found to be statistically significant. These results are summarized for both the unweighted $d$s and weighted $d$s.

## Discussion

The major findings of the present study may be summarized as follows:

1. A substantial effect of CSA on PTSD outcome ($d = .40$), depression ($d = .44$), suicide ($d = .44$), sexual promiscuity ($d = .29$), sexual perpetration ($d = .16$), and academic achievement ($d = .19$) was found;

2. a minimum of a 20% increase in PTSD outcome over the baseline was found for persons having experienced CSA, 21% increase in depression, 21% increase in suicide outcome, 14% increase in sexual promiscuity, 8% increase in the victim–perpetrator cycle, and 10% increase in academic performance difficulties; and

3. gender, socioeconomic status (SES), type of abuse, age when abused, relationship to perpetrator, and number of incidents of abuse were not found to mediate the effect of CSA on these outcomes.

Considerable confidence can be placed in these findings, because they are based on a large number of participants (i.e., 25,367), relatively narrow confidence intervals, and a large file drawer requirement. Because CSA is related to serious mental health problems for a significant number of victims (in the millions in the United States and Canada; Violato & Genuis, 1994), the need to study the phenomenon of CSA and develop prevention and treatment programs to counteract its effects is pressing.

Based on ANOVAs of the mediating variables, there did not appear to be differences in the risk of developing negative outcomes among CSA victims depending on their gender or socioeconomic level. Furthermore, statistical differences were not observed depending on the type of abuse the victim incurred (e.g., contact versus noncontact), the age at which the abuse occurred (e.g., 2 years versus 12 years of age), the relationship of the perpetrator to the victim (e.g., parent versus stranger), or the number of incidents of abuse (e.g., single versus multiple).

These results do not corroborate the findings of other studies that have found an increased risk for the development of negative outcomes depending on the type of sexual abuse experienced, the child's age, repetition of abuse, and familiarity with the perpetrator. For instance, others have found that the trauma associated with CSA is related to variables such as the severity of the abuse, chronicity of abuse, recency of abuse experience, relationship of perpetrator, and use of

violence or neglect in abuse (Collings, 1995; Conte & Schuerman, 1987; Higgins & McCabe, 1994; Trickett et al., 1994). It may be that the experience of CSA itself stands out as a negatively significant event, which does not discriminate across individuals but rather affects human development in a consistent manner. Alternatively, it may be that current data are too crude and imprecise to allow for detection of differences. It seems theoretically evident, for instance, that chronicity of abuse or violence should be related to at least some outcomes. In any case it appears that CSA researchers need to resolve the methodological flaws pervasive in the existing research base. To advance knowledge and focus further research, we recommend a more rigorous approach to investigations, whereby contrast groups are included and specific mediator influences are examined.

The statistically nonsignificant results that emerged from the univariate analyses conducted on the effect sizes of the dependent measures and various mediating variables are also very informative. Similar to Jumper's (1995) meta-analyses, the results of the current meta-analysis did not confirm a differential effect by gender on effect size. In other words, there was no statistical difference in negative outcomes between male and female victims of CSA. These results suggest that men and women who were sexually abused as children do not differ significantly in terms of PTSD outcome, depression, suicide, sexual promiscuity, sexual perpetration, and academic achievement. Moreover, the results indicate that SES does not mediate the relationship either. Therefore, regardless of gender or SES, individuals who were sexually victimized as children may not accommodate abuse, but rather may display negative symptoms over time.

Given that type of abuse (e.g., fondling, penetration) was not found to statistically mediate the relationship between CSA and negative outcomes, one could argue that sexual abuse consists of both physical molestation and emotional violation. Again, the failure to find significant differences may be a reflection of poor quality of the data rather than a real phenomenon. In either case, treatment interventions focusing on the physical dimensions of the abusive experience also need to focus on the resolution of the abuse at a more profound emotional and psychological level. We need to continue to develop and refine strategies that may help CSA victims resolve the emotional, as well as the physical, impact of early abuse experiences.

The results for effect sizes on each of the dependent measures studied demonstrate that individuals who were sexually victimized in their childhood appear to be at an increased risk for developing a variety of symptoms. According to the BESD results, CSA substantially increases the risk for PTSD, depression, suicidality, sexual promiscuity, sexual perpetration, and poor academic performance. These are large effects that should be of great concern to professionals and to the general public. Such an effect size and increased risk should be considered extremely serious.

Among the medical community, for example, results from a study examining the influence of aspirin on the mortality rate of American physicians were

discontinued immediately when attention was directed to the practical significance of the study's findings (Rosenthal, 1991). Although a statistically non-significant $r$ of .34 was found, the impact of the correlation suggested that 34 of every 1,000 lives were being saved when aspirin was taken. Based on the study's findings, the study was immediately terminated, with the recommendation that all people at risk for coronary and heart disease should take aspirin. The results from the aspirin study were much more modest than our current findings but, nevertheless, resulted in immediate action.

While the overall effect sizes can be considered robust, there are limitations of the present meta-analysis. One limitation is that the "fugitive literature" was not retrieved (Rosenthal, 1995). Our search was limited to major journals; few studies came from books, conference proceedings, or technical reports. Thus, inherent in the meta-analysis may be the retrieval bias of including studies selectively published because of statistically significant results. Conversely, of course, only studies that had passed the rigor of peer review were included.

A second limitation is that PTSD and depression symptomatologies overlap, thereby making it difficult at times to identify a particular study in one versus the other outcome category. We expected that the effect sizes would change (perhaps demonstrate a stronger effect between CSA and PTSD) if the PTSD and depression studies were collapsed, given that depression is a main symptom of the PTSD diagnosis. Nonetheless, given the existence of numerous studies focusing on CSA and depression as an outcome, we considered it prudent to conduct a separate and independent meta-analysis examining that specific relationship.

A third limitation of the meta-analysis is also a limitation of all the existing research in CSA: The present meta-analysis was affected by the large gaps and amount of missing data on many of the mediating variables. In many of the studies coded, specific demographic information and proportions, for example, were not provided on variables such as race or SES. Moreover, the age of abuse onset was most frequently reported as "under 17 years of age," thereby rendering it in an unspecific form not amenable to statistical analyses. It is crucial that effects of CSA be examined in relation to identified chronological and developmental age periods. Thus, more original research is needed to determine the effect of potentially important mediating variables such as age when abused, duration of abuse, race, and SES, as well as more detailed and comprehensive reporting of the results.

Another potential limitation of the present meta-analysis involved the assumption that the presence of disorder symptoms suggested the possible presence of a disorder (e.g., PTSD). Of course, the presence of symptoms is not the same as the presence of a disorder, and prevalence rates are not the same between or within outcomes across the life cycle. Furthermore, because many studies of CSA use clinically referred samples, it is possible that the pathologies were associated with additional or different types of abuse. As argued by Kendall-Tackett et al. (1993), most clinical comparison groups probably do contain children who

have experienced abuse and have shown numerous other forms of symptomatic behavior. Consequently, it is recommended that investigators use appropriate contrast groups (e.g., the general population) in future studies of CSA.

The results of the present study do not support a specific sexual abuse syndrome involving clear PTSD outcomes with sexualized behavior and affect. Rather, the results support the multifaceted model of traumatization in accordance with Kendall-Tackett et al. (1993) and Finkelhor and Browne (1985). In this view, it appears that CSA produces multifaceted effects and that distinct mechanisms and processes may operate to account for the variety of outcomes. Moreover, as Conte and Schuerman (1987) indicated, CSA may be embedded in dysfunctional families and a generally maltreating environment. We concur with Green (1993), therefore, in interpreting CSA as a profoundly traumatizing event or events rather than as a specific syndrome or disorder. These traumatizing events probably affect outcomes in a variety of ways (e.g., arrested developmental processes) that require further clarification.

Irrespective of the specific mechanisms, the present meta-analysis provides compelling evidence of the negative impact of CSA on human development. The results are clear; CSA is associated with the development of PTSD and depression, as well as with suicide, sexual promiscuity, the victim–perpetrator cycle, and poor academic performance, regardless of victim age, gender, or socioeconomic status. This important social, political, and mental health problem requires urgent action.

## REFERENCES

Studies preceded by an asterisk (*) were included in the meta-analysis.

American Psychiatric Association. (1994). *Diagnostic and statistical manual of mental disorders* (4th ed. revised). Washington, DC: American Psychiatric Association.
*Astin, M. C., Ogland-Hand, S. M., Coleman, E. M., & Foy, D. W. (1995). Posttraumatic stress disorder and childhood abuse in battered women: Comparisons with maritally distressed women. *Journal of Consulting and Clinical Psychology, 63,* 308–312.
*Bagley, C. (1991). The prevalence and mental health sequels of child sexual abuse in a community sample of women aged 18 to 27. *Canadian Journal of Community Mental Health, 10*(1), 103–116.
*Bagley, C., & Genuis, M. (1992). *Current mental health, sexual interest in children and minors, and history of sexual and emotional abuse in 200 young adult males.* Hong Kong: City Polytechnic of Hong Kong.
*Bagley, C., & McDonald, M. (1984). Adult mental health sequels of child sexual abuse, physical abuse and neglect in maternally separated children. *Canadian Journal of Community Mental Health,* 15–26.
*Bagley, C., & Shewchuk-Dann, D. (1991). Characteristics of 60 children and adolescents who have a history of sexual assault against others: Evidence from a controlled study. *Journal of Child and Youth Care: Special Issue,* 43–52.
*Bagley, C., Wood, M., & Young, L. (1994). Victim to abuser: Mental health and behavioral sequels of child sexual abuse in a community survey of young adult males. *Child Abuse and Neglect, 18,* 683–697.

*Bagley, C., & Young, L. (1987). Juvenile prostitution and child sexual abuse: A controlled study. *Canadian Journal of Community Mental Health, 6*(1), 5–26.

Brongersma, E. (1984). Aggression against pedophiles. *International Journal of Law and Psychiatry, 7,* 79–87.

Brongersma, E. (1991). Boy-lovers and their influence on boys: Distorted research and anecdotal observations. *Journal of Homosexuality, 20,* 145–173.

Browne, A., & Finkelhor, D. (1986). Impact of child sexual abuse: A review of the research. *Psychological Bulletin, 99*(1), 66–77.

*Caffaro-Rouget, A., Lang, R. A., & vanSanten, V. (1989). The impact of child sexual abuse on victims' of adjustment. *Annals of Sex Research, 2,* 29–47.

*Calverley, R. M., Fischer, K. W., & Ayoub, C. (1994). Complex splitting of self-representations in sexually abused adolescent girls. *Development and Psychopathology, 6,* 195–213.

Chiswick, D. (1983). Sex crimes. *British Journal of Psychiatry, 143,* 236–242.

*Collings, S. J. (1995). The long-term effects of contact and noncontact forms of child sexual abuse in a sample of university men. *Child Abuse and Neglect, 19,* 1–6.

*Conte, J., & Schuerman, J. R. (1987). Factors associated with an increased impact of child sexual abuse. *Child Abuse and Neglect, 11,* 201–211.

*Dubowitz, H., Black, M., Harrington, D., & Verschoore, A. (1993). A follow-up study of behavior problems associated with child sexual abuse. *Child Abuse and Neglect, 17,* 743–754.

*Dutton, D. G., & Hart, S. D. (1992). Evidence for long-term, specific effects of childhood abuse and neglect on criminal behavior in men. *International Journal of Offender Therapy and Comparative Criminology, 36*(2), 129–137.

Finkelhor, D., & Browne, A. (1985). The traumatic impact of child sexual abuse: A conceptualization. *American Journal of Orthopsychiatry, 55,* 530–541.

*Frazier, P. A., & Cohen, B. B. (1992). Research on the sexual victimization of women: Implications for counselor training. *The Counseling Psychologist, 20*(1), 141–158.

*Fromuth, M. E., & Burkhart, B. R. (1989). Long-term psychological correlates of childhood sexual abuse in two samples of college men. *Child Abuse and Neglect, 13,* 533–542.

Genuis, M. (1991). *Short-term effects of child sexual abuse on self-esteem in a survey of young adult males.* Unpublished master's thesis, University of Calgary, Calgary, Alberta, Canada.

Glass, G. V., McGaw, B., & Smith, M. L. (1981). *Meta-analysis in social research.* Beverly Hills, CA: Sage.

*Gleaves, D. H., & Eberenz, K. P. (1993). Eating disorders and additional psychopathology in women: The role of prior sexual abuse. *Journal of Child Sexual Abuse, 2*(3), 71–80.

Green, A. H. (1993). Child sexual abuse: Immediate and long-term effects and intervention. *Journal of the American Academy of Child and Adolescent Psychiatry, 32*(5), 890–902.

*Hanson, R. F., Lipovsky, J. A., & Saunders, B. E. (1994). Characteristics of fathers in incest families. *Journal of Interpersonal Violence, 9*(2), 155–169.

*Herbert, C. P. (1987). Expert medical assessment in determining probability of alleged child sexual abuse. *Child Abuse and Neglect, 11,* 213–221.

*Higgins, D. J., & McCabe, M. P. (1994). The relationship of child sexual abuse and family violence to adult adjustment: Toward an integrated risk-sequelae model. *Journal of Sex Research, 31*(4), 255–266.

*Himelein, M. J. (1995). Risk factors for sexual victimization in dating: A longitudinal study of college women. *Psychology of Women Quarterly, 19,* 31–48.

*Hunter, J. A. (1991). A comparison of the psychosocial maladjustment of adult males and females sexually molested as children. *Journal of Interpersonal Violence, 6*(2), 205–217.

Hunter, J. E., & Schmidt, F. L. (1990). *Methods of meta-analysis: Correcting error and bias in research findings.* Newbury Park, CA: Sage.

*Johnson, T. C. (1988). Child perpetrators—Children who molest other children: Preliminary findings. *Child Abuse and Neglect, 12,* 219–229.

Jumper, S. A. (1995). A meta-analysis of the relationship of child sexual abuse to adult psychological adjustment. *Child Abuse and Neglect, 19,* 715–728.

Kassim, K., & Kassim, M. S. (1995). Child sexual abuse: Psychosocial aspects of 101 cases seen in an urban Malaysian setting. *Child Abuse and Neglect, 19,* 793–799.

Kendall-Tackett, K. A., Williams, L. M., & Finkelhor, D. (1993). Impact of sexual abuse on children: A review and synthesis of recent empirical studies. *Psychological Bulletin, 113*(1), 164–180.

*Kolko, D. J., & Moser, J. T. (1988). Behavioral/emotional indicators of sexual abuse in child psychiatric inpatients: A controlled comparison with physical abuse. *Child Abuse and Neglect, 12,* 529–541.

*Kolko, D. J., Moser, J. T., & Weldy, S. R. (1990). Medical/health histories and physical evaluation of physically and sexually abused child psychiatric patients: A controlled study. *Journal of Family Violence, 5,* 249–267.

*Kuyken, W., & Brewin, C. R. (1995). Autobiographical memory functioning in depression and reports of early abuse. *Journal of Abnormal Psychology, 104,* 585–591.

*Mannarino, A. P., Cohen, J. A., & Berman, S. R. (1994). The Children's Attributions and Perceptions Scale: A new measure of sexual abuse-related factors. *Journal of Clinical Child Psychology, 23,* 204–211.

*Mayall, A., & Gold, S. R. (1995). Definitional issues and mediating variables in the sexual revictimization of women sexually abused as children. *Journal of Interpersonal Violence, 10,* 26–42.

McLeer, S. V., Callaghan, M., Henry, D., & Wallen, J. (1994). Psychiatric disorders in sexually abused children. *Journal of the American Academy of Child and Adolescent Psychiatry, 33,* 313–319.

*Metcalfe, M., Oppenheimer, R., Dignon, A., & Palmer, R. L. (1990). Childhood sexual experiences reported by male psychiatric patients. *Psychological Medicine, 20,* 925–929.

*Mullen, P. E., Martin, J. L., Anderson, J. C., Romans, S. E., & Herbison, G. P. (1994). The effect of child sexual abuse on social, interpersonal and sexual function in adult life. *British Journal of Psychiatry, 165,* 35–47.

*Parker, S., & Parker, H. (1991). Female victims of child sexual abuse: Adult adjustment. *Journal of Family Violence, 6,* 183–197.

Rosenthal, R. (1991). *Meta-analytic procedures for social research* (rev. ed.). Newbury Park, CA: Sage.

Rosenthal, R. (1994). Parametric measures of effect size. In H. Cooper & L. V. Hedges (Eds.), *The handbook of research synthesis* (pp. 231–260). New York: Russell Sage Foundation.

Rosenthal, R. (1995). Writing meta-analytic reviews. *Psychological Bulletin, 118*(2), 183–192.

Sandfort, T., Brongersma, E., & van Naerssen, A. (1990). Man–boy relationships: Different concepts for a diversity of phenomena. *Journal of Homosexuality, 20*(1–2), 5–12.

*Seng, M. J. (1989). Child sexual abuse and adolescent prostitution: A comparative analysis. *Adolescence, XXIV* (95), 665–675.

Shadish, W. R., & Haddock, C. K. (1994). Combining estimates of effect size. In H. Coop-

er & L. V. Hedges (Eds.), *The handbook of research synthesis* (pp. 261–281). New York: Russell Sage Foundation.

*Silbert, M. H., & Pines, A. M. (1981). Sexual child abuse as an antecedent to prostitution. *Child Abuse and Neglect, 5,* 407–411.

Swanston, H. Y., Tebbutt, J. S., O'Toole, P., & Oates, R. K. (1997). Sexually abused children 5 years after presentation: A case-control study. *Pediatrics, 100*(4), 600–608.

*Tong, L., Oates, K., & McDowell, M. (1987). Personality development following sexual abuse. *Child Abuse and Neglect, 11,* 371–383.

*Trickett, P. K., McBride-Chang, C., & Putnam, F. W. (1994). The classroom performance and behavior of sexually abused females. *Development and Psychopathology, 6,* 183–194.

Violato, C., & Genuis, M. (1993). Problems of research in male child sexual abuse: A review. *Journal of Child Sexual Abuse, 2*(3), 33–54.

Violato, C., & Genuis, M. (1994). Prevalence of child sexual abuse: Implications for developmental psychopathology. *Canadian Children, 20,* 34–40.

Violato, C., & Travis, L. (1995). Childhood sexual abuse and adolescence. *Advances in adolescent psychology* (chap. 19, pp. 325–338). Calgary, Alberta, Canada: Detselig Enterprises.

*Widom, C. S., & Ames, M. A. (1994). Criminal consequences of childhood sexual victimization. *Child Abuse and Neglect, 18,* 303–318.

*Wind, T. W., & Silvern, L. (1994). Parenting and family stress as mediators of the long-term effects of child abuse. *Child Abuse and Neglect, 18,* 439–453.

Wolf, F. M. (1986). *Meta-analysis. Quantitative methods for research synthesis.* Beverly Hills, CA: Sage.

*Worling, J. R. (1995). Sexual abuse histories of adolescent male sex offenders: Differences on the basis of the age and gender of their victims. *Journal of Abnormal Psychology, 104,* 610–613.

*Received August 13, 1999*