```
SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
email:  jim@summitdefense.com

Attorneys for Defendant
ADRIAN KYLE BENJAMIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   :<br>       Plaintiff,    :<br>            :<br>  vs.       :<br>            :<br>ADRIAN KYLE BENJAMIN,   :<br>       Defendant.   :<br>_____: | Case No. CR 20-00442 SI<br><br>DEFENDANT'S SENTENCING<br>MEMORANDUM<br>EXHIBITS B-I<br><br>Hearing Time/Date:<br>1:00 pm, Friday<br>October 1, 2021 |

Defendant **Adrian Kyle Benjamin** hereby submits Exhibits B-I to his **Defendant's Sentencing Memorandum.**

Date:  September 30, 2021            Respectfully submitted,

                                     /s/ James T. Reilly
                                     _____
                                     JAMES T. REILLY, Attorney at Law
                                     Counsel for Defendant
                                             Adrian Kyle Benjamin

DEFENDANT'S SENTENCING MEMORANDUM
EXHIBITS B-I   -1-

DEFENDANT'S SENTENCING MEMORANDUM
EXHIBITS B-I

Defendant Adrian Kyle Benjamin respectfully submits for the court's consideration character reference letters as follows:

Exhibit B – Loren Guevarra (Mother)
Exhibit C – James Tan (Mother's Partner)
Exhibit D – Timothy Michael Guevarra Benjamin (Brother)
Exhibit E – Juvy Vicencio (Aunt)
Exhibit F – Kris Vicencio (Cousin)
Exhibit G – Jin Ge (Friend)
Exhibit H – Leslie Prasad (Friend)
Exhibit I – Fiona Yeung (Friend)

Date:   September 30, 2021            Respectfully submitted,

*/s/ James T. Reilly*

JAMES T. REILLY, Attorney at Law
Counsel for Defendant
**Adrian Kyle Benjamin**

From:
Loren Guevarra
549 Diamond Ave.
South San Francisco CA 94080

Date: 09/24/2021

To:
The Honorable Susan Illston
Senior District Judge
US District Court, Northern District of California
San Francisco Courthouse
Courtroom1,17th floor
San Francisco CA  94102


Dear Judge Illston,

I am writing this letter for my son Adrian Kyle Benjamin who faces criminal sentencing before your court.

At a young age Adrian has been through many challenges in life, from abusive father to experienced financial hardship. Going through depression most of his adult life, yet he remain resilient.

Adrian has a large and committed support system in me and his entire family. If he is incarcerated, we will be there for him when he is released as we always have.

In 2014 he met his ex-girlfriend who was suffering from depression and anxiety, even if we lived in a small apartment he wanted her to stay with us to show his support and to be there to take care of her. Adrian also mentioned about the people he had helped and talked them out of committing suicide and made them realized  that there are more good things that life can offer.
These are just the few of examples of many times throughout his life that Adrian has shown empathy and compassion.

I am fully aware of the mistake my son made, but I honestly believe  and God knows Adrian is kind and harmless man. I know he regretted what he did  and will learn from this experience.
This past year, he shared with me the things he wants to do and his life goals when all of this is over. Like he always say, there so much more that life can offer.

I hope you find this letter helpful before passing any verdict.
We will be here to support him and we will respect your decision. Thank you for taking the time to read my letter.

Sincerely,

*Guevarra*

Loren Guevarra

**Exhibit B**

From:
James Tan
549 Diamond Ave.
South San Francisco CA  94080

Date: 09/25/2021

To:
The Honorable Susan Illston
Senior District Judge
US District Court, Northern District of California
San Francisco Courthouse
Courtroom1,17th floor
San Francisco CA 94102

Dear Judge Illston,

My name is James Tan and I am writing this character letter for Adrian Kyle Benjamin.

I met Adrian through his mother at the church in Daly City where we used to attend about 10 years ago. I know Adrian as a soft spoken, genuine and kind person who always take care, watch over his siblings being the eldest  and a good son to his mother.

Adrian told me a story once where his friend stole an apple from a vendor, and he felt sorry later that day he went back and pay for the apple himself.  Adrian have always shown kindness to others even though he needs it more than them.

I understand the seriousness of the offense Adrian committed and I take it very seriously, It was definitely a surprise to have learned about his situation and I personally understand the gravity of this offense.

This is Adrian's first criminal offense and clearly he is worried by what this can do to his future. I always remind him, he has a lot of great potential and that he can be someone he needed when was younger.
I know Adrian is a good man and I would personally like you to know that I will be here for him, whatever it takes to guide him, help him get back up and recover when this is all over.

Thank you for your consideration.


Sincerely,

*James Tan*

**Exhibit C**

Timothy Michael Guevarra Benjamin
549 Diamond Avenue, South San Francisco, CA 94080
(650) 201-2143
timothybenjamin1416@gmail.com

To Whom It May Concern,

Hello, my name is Timothy. I am writing to speak of the character of my older brother, Adrian, whom I have been beside almost my entire life.

Despite many differences we have had, Adrian has always been someone to guide me when we were growing up. During most of our childhood, we grew up without a father figure, so instead, my brother, Adrian took on that role. He led me, not just to find my own footing, but to be a good person as well. Growing up with a single mother meant that most of the time, she would be working to make ends meet. And with our mother at work, my brother and I were forced to grow up faster than the other kids around us. At times, I felt alone around my peers; however, it was not as though I was cast aside. I was trapped in my own bubble. As if no one really understood me. But when I got home, all of that would disappear. My brother was someone I could trust, someone I can talk to. He was not just my older brother. He was my friend.

Years would pass, until I reached quite a rebellious age. I would often pick fights with my brother, leading to sometimes even drawing blood, yet every single time, he never laid a finger on me. I was the aggressor, yet when he would get in trouble for something I caused, he never resented me for it. I did not realize it at the time, but he was there protecting me all the time.

I know in my heart that he would never intentionally hurt someone because I know that deep down, he is a soft and loving brother. And so, when deciding what is to come of the situation at hand, I ask you to please look upon my brother, Adrian, with your sympathy. He is a warm soul led astray. As a victim of depression, Adrian has had the color in his life stripped away from him. I hope to see an outcome that will paint the brightest future one can have despite all this, an outcome of healing and color.

Thank you for your time and patience. Allow me to confirm and/or elaborate the facts I have stated in this letter by email or phone.

Sincerely,
Timothy Benjamin



Juvy Vicencio

Employee

617 Abbot Avenue Daly City, CA 94014

Contact #: 650-892 1887

To whom it may concern,

I am the Aunt of Kyle Benjamin and I've known him since the day he was born on October 21, 1995.

He grew up in the Church as a faithful Sunday schooler, he demonstrated his love and faith with the Lord Jesus Christ by helping others in some little things that he can.

He was a respectful and kind person to our family and even to his Church family.

As the eldest of his 3 siblings, I saw that he was a responsible brother, who shows his care and love for them as they grow up in preparing for their food and helps them in their school projects and assignments. He always looks after them while their parents were away from home and busy at work.

I hope that this letter will help you to know Kyle as a person, person that is willing to give a helping hand to the people in need, to his family and to other people as well. Thank you for taking time to read this letter. If you have any further questions regarding Kyle, please do not hesitate to contact me using the information on this letterhead.

Sincerely,

Juvy Vicencio



**Exhibit E**

Kris Vicencio
House of Bagels Colma Associate
617 Abbot Avenue, Daly City, CA 94014
(650)-889-0514

To Whom It May Concern:

My name is Kris, Kyle's little cousin. I've known him for as long as I remember. I grew up hanging out with him along with all our other cousins. It was always a fun time with Kyle. I knew him fairly well, of course not as well as his own siblings. I knew a lot about what he liked to do, what his interests were. I was always hanging out with Kyle and my two older cousins, Mikey and Shannon. They were the ones I looked up to.

I'm writing this letter because this is all still surreal to me. I'm confused and hurt. When I was still in elementary school he was the one waiting for me to be done so he could walk me home safe. He would hang out with him and play games with me like cousins do. Even though he didn't know, I always looked forward to seeing him. Whenever I had a problem, he was someone I could always go to. There were so many instances where I would tell him that I felt unsure about life.. Or that I felt like I could not do the things I wanted to. He would always tell me to live my life. Do the things that make me happy no matter what anyone says. It was this energy and spirit from him that made me want to be like him. He did what he wanted because it was what was making him happy. I feel so embarrassed talking about this, but he helped me with my confidence when it came to music. He's musically inclined. He's amazing at singing. He plays the guitar and ukulele so well. Whenever there was a family party, I was always shy to sing or play music because I was insecure and always scared. He would be the one to snap me out of it. He gave me confidence and always believed in me. He would sing with me so that I didn't feel alone. I never really realized it, but he's done so much for me. I don't think he knows this though.

I appreciate the time taken to read about my older cousin. I am available to confirm the facts in this letter through phone or email. For future reference, my email is: krisvicencio@ymail.com

Thank you,
Kris Vicencio



Wednesday, September 29, 2021   12:18 PM

Name: Jin Ge
Title: Student
Address: Sacramento

To Whom It May Concern:

Hello Judge Susan Illston,

My name is Jin Ge. I am currently a student in college where I am trying to achieve my goal of a computer science degree.

I'm writing this letter about Kyle Benjamin who I've known since High School and he is one my best friends. He's helped me get through high school and tough times, which I'll never forget, nor truly find a way to help repay him.

Before I start, I beg you to read this message whole heartily, since you don't have to read it ever again after this.

Imagine a world where we don't get second chances? That we are doomed eternally the first time we make a mistake and with no redemption?

I know what he is accused of and I also know, that in this world, things has changed from what it was years ago.

This is a new era of a generation of people. You have Japanese anime where in the show, they have males who are in a intimate relationship with a child, and if not a child, looks like a child who is some how 1,000 years old, so technically legal in their eyes. I know it's not real so it's hard to compare. Yet, this confuses and sets the mindset of new generation to a point where they don't really think about it.

**Exhibit G**

Another example is Texas, age of consent is 17 but federally, it's still 18. Even some states where if the parents approve, can be young as 12 years old for females.

All of this just makes it that we live in a world of confusion right now. These kids who just turn 18 and up to 29 or more, still think they are kids. They forget that they're adults.

I know he broke the law regardless of what happen but I was just hoping to reach you, to show you of what the mindset, the views of the new generation. How one might just overlook things because of all the confusion.

I feel strongly that if the jury was the young generation like gamers or anime lovers from 18 to 29 or more, they might strongly agree with what I'm saying. That same jury though would not agree for the crime of something like R. Kelly's case or Jeffery Epstein's.

In the end, I want to say, that to me, Kyle, is still a kid. Most of all, more importantly, still a person. A human being.

Please reach out to me if you have any questions or want to more, we can have a conversation, phone or email. Maybe you'll change my mind, maybe I change yours. Well, I hope I did anyways, with this letter.

If you reached here, it means you've read my letter and I thank you truly for reading it. I hope you can see where I'm coming from, even if it may just be, a little bit.

To Whom It May Concern:

My name is Leslie Prasad and proud to offer my recommendation of Adrian Kyle Benjamin to whom I have personally know for over 20 years as my family friend and co-worker.

During the years that I have worked with Kyle, he has been honest and trustworthy. He is willing to go above and beyond what is expected of him. He is respectful of his superiors and along well with his co-workers.

I have had the opportuniyt to observe his interpersonal style - he is pleasant individual who believes in positive motivation. I would describe him as a dedicated and enthusiastic individual who a great penchant for meting deadlines.

If any additonal information is required cocerning Kyle, feel free to contact me. Thank you for your time and consideration.

Sincerely,

Leslie Prasad
(415) 481-1261



**Exhibit H**

Fiona Yeung
Operations, BPO Manager -- Kea Cloud, Inc.
2108 Wembley Ln., Corona, CA 92881
(415) 963-2588
fionatyb@gmail.com


To Whom It May Concern:

I am a close friend of Adrian Kyle Benjamin since we were both freshman in high school, which would date back to around the year 2009. We met in a good friend group back in the day where we would frequently go to downtown San Mateo after school and hang out at Central Park for hours on end until it was time to go home. We often talked about our similar interests and he would play music on an instrument, like a guitar, and sing. We have always been close friends, visiting each other's houses and getting food together. He has always been a shy and soft-spoken individual, and when I got to know him, I knew exactly how caring and intuitive he is.

I am writing this letter because Adrian Kyle Benjamin is someone who is altruistic and will go out of his way to help others. He has been someone that I have leaned on countless times. He has not only been a true friend who is always there to listen to me talk or rant about my life, but has also been the first person to come to my rescue whenever I needed a ride to go somewhere. He has never taken advantage of me, and I truly believe that he is wholehearted. He is someone who is capable of dropping an important task that he is currently doing to help others because he believes they may need help more. He has slipped hundreds of dollars in random public places so that strangers who find them can use it for something important to them. Adrian Kyle Benjamin is a devoted, charitable, and compassionate individual who I believe is vulnerable to making self-sacrifices if it means that somebody else, especially someone he cares about, will benefit from it, particularly if that is what he perceives.

Thank you very much for taking the time to read this letter to learn a little bit more about Adrian Kyle Benjamin. I am available to confirm and/or elaborate on the facts I have stated in this letter by email or phone.


Sincerely,

*[signature]*

Fiona Yeung

**Exhibit I**