```
SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
email:  jim@summitdefense.com

Attorneys for Defendant
ADRIAN KYLE BENJAMIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-00442 SI |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM EXHIBITS J-L |
| vs. | |
| ADRIAN KYLE BENJAMIN, | Hearing Time/Date: 1:00 pm, Friday October 1, 2021 |
| Defendant. | |

Defendant **Adrian Kyle Benjamin** hereby submits Exhibits J-L to his **Defendant's Sentencing Memorandum**.

Date: September 30, 2021            Respectfully submitted,

                                    */s/ James T. Reilly*
                                    JAMES T. REILLY, Attorney at Law
                                    Counsel for Defendant
                                            **Adrian Kyle Benjamin**

DEFENDANT'S SENTENCING MEMORANDUM
EXHIBITS J-L   -1-

**DEFENDANT'S SENTENCING MEMORANDUM**
**EXHIBITS J-L**

Defendant Adrian Kyle Benjamin respectfully submits for the court's consideration character reference letters as follows:

Exhibit J – Shannon Chen (Cousin)
Exhibit K – Hershey Nery (Cousin)

Mr. Benjamin also respectfully submits for the court's consideration his Defendant's Sentencing Statement, attached hereto as Exhibit L.

Date:  September 30, 2021                    Respectfully submitted,

                                             *[signature]*
                                             _____
                                             JAMES T. REILLY, Attorney at Law
                                             Counsel for Defendant
                                             **Adrian Kyle Benjamin**

## Character witness

james tan <james.tan0901@yahoo.com>
Thu 9/30/2021 1:21 AM
To: James Reilly <jim@summitdefense.com>

Shannon Chen
1652 Wellesley Ave
San Mateo, CA 94403
chen.shannon96@gmail.com

To whom it may concern:

My name is Shannon Chen. I am Kyle's younger cousin- by a year- so I have known him since we were in diapers.

I am writing this letter in hopes to reiterate the type of person Kyle is. Granted he has made some mistakes, it does not stray from the fact that he is a loving son and caring older brother. I genuinely do not believe that he would do anything to purposefully hurt another person or do anything he thought was wrong. He is quite reserved for the most part but has a kind heart. There was one instance where he had anonymously hid money in various public places for a stranger to find to brighten their day and that inspired me to do one random act of kindness each day, no matter how big or small.

Thank you for taking the time to read this letter. If necessary, I will be able to confirm the facts of this letter via the email listed above.

Regards,
Shannon Chen

# Exhibit J

Hershey Nery
Asst Vice President - Banking & Finance
4134 W 173rd St Torrance Ca 90504
659-452-5073
winidpuh@gmail.com


To whom it may concern,

My name is Hershey Nery, I'm one of Kyle Adrian's cousins. I've known Kyle since he was born.

In the time I lived with Kyle, I saw him grow and mature to be kind, timid, and strong willed. He has great love for his family and friends. I also had an opportunity to serve with him at a local church. He had a real passion for music, so he became involved in the Praise team as a drummer and even had a desire to learn guitar.

Unfortunately, we became physically distant when I moved abroad. But Kyle has always been family oriented, so he's always present during family events and gatherings. He always had great relationships amongst cousins and his siblings. Being the oldest brother, he knew there were some big brother duties he's tasked to do. His family can rely on him if a babysitter is ever needed.

Thank you taking the time to read this letter. And I hope this gave you a glimpse of who Kyle is to his family and to the community.

Please don't hesitate to reach me by email if you would like to discuss this information further.



Warmest Regards,


Hershey Nery



**Defendant's Sentencing Statement**

**Exhibit L**

To whomever it may concern,

My name is Adrian Kyle Benjamin. I'm not quite sure how these things are supposed to go. So to start things off, I would like to make clear that this letter isn't to excuse my actions or warrent my past behavior, but to hopefully give a bit of insight to who I am and, potentially, why I am the way I am. My life never was a comfy one growing up. When I was young, I lived with my hardworking, stressed out mother along with my deadbeat, abusive father to contrast. My mother was always out working while my father dealt in drugs or always slept in. At such a young age I never thought about my life as anything strange, let alone depressing. I could remember my father being mentally and phisically abusive towards my mother, later born brother, and I. My mother was always trying to stand up for and protect us. Eventually, when I was around 5, after countless fights and struggling for so long, my mother had made the brave choice to take my brother and I and leave that life behind. I remember that day vividly. It's a stained memory that lived with me because I always blamed myself for their fight and seperation that day. No matter how many times I'm told it isn't my fault, I cannot let go of taking the blame for it. Having little money, and not many options, we moved to live with my grandmother and aunt. Even then, it was better than our previous situation of living in motels and not being able to make rent most of the time. In the years following I grew without inspiration or figure to look up to.

I shared a small room with about 7 people. The thought of a bed felt like a luxury. I grew up without much privacy or freedoms. I wasn't allowed to stay out after school and, in turn, my social life took a huge hit. I was taught to trust nobody but myself. I, instead, trusted everyone and believed that while some people may do questionable things, most people are kind hearted. Many people build their walls so high after they get hurt. I have a tendency to remain vulnerable and naive. I am constantly told that my heart is too big and that I am too selfless. I just have convinced myself that the world turns for the better when I sacrifice my happiness so others can be happy. It's the reason, I believe, that so much in my life had gone so wrong for myself. I will do almost anything if it means it will make somebody happy. I figured my life's purpose was to please people. I would then grow to be that person in people's life. I would fight, steal, and do other unsavory things for others so long as I made some people happy. I got sucked into that toxic lifestyle until it became the only thing I knew. I got into relationships and did nothing about being cheated on. I let everyone use me like a tool. It really did not help that I'm as hopeless in love as Chet Baker; "I fall in love too easily, I fall in love too fast." Around middle school, I learned about online gaming and was drawn by the opportunity to share experiences, make memories, and be able to look after others despite distance. I instantly recognized it as the future, and frankly, one I really wanted to be a part of. Soon after, I learned my way around a computer and built one of my own. I quickly integrated in the internet culture. I felt more at home online than

2

anywhere else. Most people that don't spend time actually talking to people online assume that everyone is essentially "fake". I can personally say people in real life act more like that. They work so hard to put this image out there of the perfect them, masking how they really feel. I have gotten to know so many people's true feelings. It's much easier to be yourself when nobody knows who you are. This concept is only hard to accept if you haven't experienced it for yourself. These experiences further made me more open to being completely transparent to others. Now, I'm not saying everyone online is who they say they are. Plenty of people lie. I usually don't say anything when someone lies, I instead try to figure out why they are doing it in the first place; Then help them come to terms with their truth. People lie to be accepted. That's all it boils down to. I love helping people accept themselves. This philosophy of mine tied into every relation and friendship I had developed in the past decade. I spent a good chunk of my life trying to figure out how to do something that makes me happy and can touch the hearts of people. In that time I gained many interests like cooking, drawing, writing, music, film making; all things that I could pour my own passions and love into and hope to inspire others and touch their souls. In more recent years I took my music more seriously and invested in more professional recording equipment and instruments. I played free concerts almost daily both because people

3

loved it and I loved how my music would inspire others to also write and sing to express themselves. People would even request private sessions to help them relax or even sleep. I felt whole when I finally felt like I was being useful. Now, people constantly showing me affection, along with my ability to fall so easily for anybody I met that even showed the slightest amount of affection towards me, inevitabley led to forming intimate relationships. The problem with unconditional love is that I could fall for someone without knowing what they look like, their age, race, gender, etc. If I could link with them on an emotional level, past all the physical factors, I wouldn't know who I'd be to deny love. So much of what I do is for that intoxicating feeling of an emotional human connection. Most of my songs are love songs. Most of my stories are romantic comedies. Heck, even my favorite movies are rom-coms. I love when something can tug at the heartstrings and make me sob like a baby. I'm such a sappy pushover that frankly I was surprised at how I was being described by the DA. I am many things, but I am not a predator. I am not a pedophile or child molester. I simply made some mistakes, blinded by love. Everyone that has ever been in love knows that people do stupid things in the name of love. Well, moving on, around late 2012, I would enter the most life changing toxic relationship in my life. I would always be emotionally and mentally manipulated into thinking that I needed her to be happy. She restricted who I could

4

have as friends, where I could go, when I could go out, even what car I could buy. She wanted to (and did) control almost every aspect of my life. I even felt guilty when I had to sneak out just to hangout with one of my best friends who happened to be female. She was controlling, manipulative, extremely insecure, and would use her estimated short life span (which she outlived and is still alive) to make me feel obligated to marry her and have children. I always said we weren't financially ready for any of that. It was a long 8 years together. I never left because I had a hard time saying no to anyone if it meant it would hurt them. It started off like a cheesy love story. I met her online through one of my best friends. We were playing Minecraft and easily clicked. After about 2 years, due to certain circumstances leading to her homelessness, we decided to move her out here to California from Michigan. A flight, roadtrip halfway across the country, broken car, a lot of debt, and another couple flights later, we arrived at my family's small apartment. We originally intended to have our own apartment shared with my best and our mutual friend, but nothing went to plan. So she lived with the rest of us 6 in our 1 bedroom apartment. After a few years, we eventually moved out into our own apartment with my bestfriend. We were just getting by. Things just started falling apart. She let her anxiety and depression lead her life. We both lost our jobs and I myself ended up developing my own depression and anxiety. Any new job I got, I couldn't hold for more than a month. Many days were spent laying in bed or trying to lose myself in online games and communities. I started to

5

meet extremely supportive people. I felt myself growing attached to this ideology of just being kind, supportive, and loving to everyone I would talk to. That became the culture between most people online. Encouraging phrases like "You're doing great, keep being amazing" or "Everyone deserves happiness. I love you" became the norm despite never being around such positive energy before. I said these kinds of things to everyone I talked too. It made me realize that my relationship was extremely toxic. How was it that people I hardly knew were treating me so much better than someone who's supposed to love me more? After a while of drifting apart, I found out from some sources that she was flirting with other guys and cheated on me. It bothered me, sure, but it's not like we could exactly break up. This development led me to further falling into the abyss of my depression. I started to abuse pain medication and indulged with falling in love. I started putting more effort in music so I could write and sing love songs. The first real song I made, which is my most popular song, called "Addicted" was about being addicted to falling in love despite only knowing someone for only a short time. I went on to become emotionally invested in person after person. It was heartbreak after heartbreak. I was almost always in a shattered state of mind. I'm sorry if the timeline is all over the place. It is difficult to write and edit this kind of thing without typing it out. Well, in late 2018, we couldn't afford rent or much food anymore, so we all moved out and went our seperate ways. She went back to Michigan, my best friend went to start his family, and I stayed behind, alone. I remember sitting at my computer in

6

an empty, dark, quiet apartment. I lost everything. My job, money, girlfriend, friends, and was about to be evicted. I wanted to do nothing more than die. I stayed like that for about a month. I wanted to kill myself in that apartment. Nobody would know for a while. Maybe in an alternate universe I actually did. However, there was one thing that kept me going. You wanna know what saved my pathetic life? Online communities. The only thing I had left. The only thing that gave me a little hope. These people that I have never met outside of games and Discord servers. These were the people that I gave my story to. The ones I opened up to and trusted more than anything or anyone. This is one of the reasons I defend the fact that people online are just as real as friends in real life and in a lot of cases are better. Nobody else cared as much as they did. The internet saved my life. I owe it my life. I am prepared to defend the internet, its people, and all those that fall in love online. I absolutely hate when people say it isn't real just because they refuse to invest their time to see the true nature of life online. Humans are still humans in the end. I see a person for who they are, not what they look like. VR helped with this. After some depression and loneliness, I moved back with my family. I then slowly started regaining control of my life. I got an office job, worked on my music, and took up making videos in Virtual Reality. It all slowly brought me out of that very dark place I was in. It was when people showed me overwhelming support for my channels that I decided this is what I wanted to do for

7

the rest of my life. I loved that I could inspire others through my content. I loved that I could make people laugh, cry, or feel full of love. You know when people ask you what you wanna do when you grow up? I never knew what I wanted to do. People always gave answers like, police officer, teacher, or an astronaut, but I always said "I don't know." and they would make me pick one. I went through so many different interests. I was kind of like a Jack of all trades. It had taken me all these years, 2 decades, to find my spark. I was gaining popularity fast. I made many friends, found a lot of romantic partners, and obtained an extravagant amount of fans. I loved talking to fans. Each person had their own story and experience. Even now, the feeling of knowing every persons life is like its own movie is so exciting to me. I always wanted to listen to everyone's stories. Each one is a part of someone's soul. I was honored to be worthy enough to hear each one someone shared. I wanted to befriend every single one of them. However, with time and growth, I started only really talking to people I got close to. I formed intimate relationships with people that knew of my weakness to give anything for love. People used me for their own sexual desires and their personal jukebox. I just went along with whatever they wanted because I loved the idea of love. They made me feel like they needed me just so they could get anything they wanted out of me. Then when they would get bored of me, they'd cheat on me and do the same to another poor soul. These are generally known as "E-girls"

8

They thrive off taking advantage of anyone that will give them attention. E-girls ruined my life, but stupid me would keep giving them all the benifit of doubt. "Maybe this one is different," I would always say. They were all the same. After every heartbreak I would say I'm done with love, only to find someone that would make me reconsider. Not all of them were sexual relationships though. Since I was perfectly happy with the emotional feeling of love, some relationships were all about love and support rather than sex. Regardless they still always ended in the same manner. Every cloud has a silver lining though, right? It all fueled my songwriting. It helped with building character. I feel gamifying real life makes it all easier to understand and handle. Things that happen throughout life are essentially events that you have to deal with. Everything that affects your body and mind are status effects. And the people around you are the other players. Each with their own playstyle. Everyone striving to be something. We all enter this world and try to learn what to do to best play lifes meaning. I think the meaning of life is to find your gift. Find it and share it with the world. What can you bring to the world? What is it you love doing and how can you bring happiness to you and others around you. You can lie to yourself saying what you do monotanously in your daily life is all you're meant to do; all you're capable of. But to be truly happy, you've got to find what you love and make that your life. This is partly why my money reserves are almost always low. People always say they can't do things without a certain object or

9

because they "don't have the extra money". I like to fill in those gaps so there aren't any excuses. I love to help those who want to attain their dreams get another step closer to it. I know what it feels like to have no money. I know what it feels like to be depressed. I know what it feels like to have severe anxiety, to suffer from ptsd, to be scared of the thought of life itself. If I could, I would love to purge these ailments from people's lives. I can only help where I can, by offering my money, possesions, or advice. If it's something I can't help with, I'll find out how they can be helped and refer them accordingly or learn how I can be helpful. I know I can't help everyone in the world, but I can try. It pains me to know there are people that are taking things I've said out of context to make me look like some evil, selfish, self centered, manipulative predator. I really am quite the opposite and I try my best to make sure my actions are done with good intentions. It is never my intention to cause harm in any way, shape or form. Everyone I know that is aware of my situation agrees that I'm not a malicious deviant. I'm not a threat to anyone except myself. I've been called a doting father figure by more people than I can count. I treat everyone the way people deserve to be treated. I give everyone a great amount of support and understanding. I listen to what people have to say. I do not assume that someone is evil or remotely bad just because they did something someone else didn't like. I try to see things

10

from their point of view and see if I can understand where they come from. It's partly why I wanted to write this. I want you to see with not only your eyes and ears, but also your heart. I want you to hear the whisper of the heart. I have seen "good" people do bad things and "bad" people do good things. However, it's all about perspective. My perspective is that people are just people. Even Darth Vader, for example, wasn't doing what he was doing to be evil. He genuinely thought he was making the galaxy a better place. I'm not comparing myself to Darth Vader. I'm simply showing that people are just people. Anikin did what he did for love. He loved too much and let it eat him up. I'm sure we could all relate on that kind of emotional level. No matter how far along we think we've gotten in life, no matter how much we think we know, we are always growing. Nobody stops until they're dead. We're still figuring things out. Everyone makes mistakes. I'm always working to fix mine. I'm always aiming to do better. I'm sorry this is turning out to be so long. I'm just usually so busy listening to everyone else my whole life, I forgot what it's like to spill myself out like this. I know life is supposed to have its obstacles, but it seems like everytime I decide to move forward in life and turn it away from my depression, life seems to kick me back down. Just before all of this, I had a great

relationship with this sheep loving woman who was smart, cute, and funny. My voice had finally gotten better from a year long cough. I was ready to start recording songs again. My Youtube channel was growing faster and faster. I was ready to start my dreams. Then boom, FBI, no computers or phone, my girlfriend leaves me for someone else, and I spiral back into depression. A couple months go by and I decide to rebuild again. FBI comes again claiming that I was "continuing to do crime." Next thing I know, I'm in jail. I come out on pre-trial release, mope for a month before deciding I should just make use of my time. I start studying up on neurology, Japanese, writing songs with my ukulele, and reading a boatload of books. Half a year later, I'm accused of commiting another crime. I really just want to go back to making music and sharing experiences with people around the world. I want to go back to building my fanbase and telling everyone how they are worth everything and that they are loved. These past couple of years have been so taxing on my already fragile mental state. Just the thought of having to live with this following me for the rest of my life for a few months of mistakes scares the heck out of me. If I serve more than 2 years of prison time, I can't visit the place I want to go to most in the world; Japan. They simply don't allow people in with that on their heads. I've contemplated suicide a number of

17

times since this began. Sure I might live after it all but, will it be a life I want to live? My dreams, my aspirations, my life will all crumble before me. I am a huge geek. Technology is a major part of my being. VR entertainment will surely change our world. This kind of technology is the future. It's what I've been spending my whole life working towards. It's the direction the world is going in. I don't want to be left behind, forgotten. I never meant to do wrong by or hurt any of the affected parties, but I'm willing to atone for the harm I may have caused when I selflessly catered to everyone's will. I still love everyone and blame nobody but myself. I don't want to die full of hate and regret. I will continue to love and respect everyone as I have been. I'm just going to be more careful about relationships I make. I hope you can see me for who I really am. I put so much soul into writing this. I've cried many times trying to finish this long letter. I am too emotional. I wish I was able to write like this for my English assignments in highschool. I'm terrible at goodbyes so I just going to try and end with this; I wish you the best in life. I hope yours is always better than mine. Remember you are loved.

You're doing great,

Adrian Kyle Benjamin

13