```
SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
email:  jim@summitdefense.com

Attorneys for Defendant
ADRIAN KYLE BENJAMIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-00442 SI |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | EXHIBIT M |
| ADRIAN KYLE BENJAMIN, | Hearing Time/Date: |
| Defendant. | 1:00 pm, Friday October 1, 2021 |

Defendant **Adrian Kyle Benjamin** hereby submits Exhibit M to his Defendant's Sentencing Memorandum.

Date:  September 30, 2021            Respectfully submitted,

*[signature]*

JAMES T. REILLY, Attorney at Law
Counsel for Defendant
    **Adrian Kyle Benjamin**

DEFENDANT'S SENTENCING MEMORANDUM
EXHIBIT M   -1-

**DEFENDANT'S SENTENCING MEMORANDUM**
**EXHIBIT M**

Defendant Adrian Kyle Benjamin respectfully submits for the court's consideration character reference letters as follows:

Exhibit M – Maveric Bennett (Friend) w/ transmission email

Date:   September 30, 2021            Respectfully submitted,

_____
JAMES T. REILLY, Attorney at Law
Counsel for Defendant
**Adrian Kyle Benjamin**

DEFENDANT'S SENTENCING MEMORANDUM
EXHIBIT M   -2-

## Re: Character witnesses & Tomorrow's hearing

james tan

Thu 9/30/2021 11:08 PM

To: James Reilly <jim@summitdefense.com>

Jim,

I attached one of Kyles friends letter, Meverics.
I am not sure if its too late or what not.



Thanks



James T.

**Exhibit M**

To whom it may concern,

My name is Maveric Bennett, and I am writing this letter to share with you my experiences with Kyle Benjamin. I met Kyle in middle school, and we have been friends for the past 14 years. I am going to be 100% honest with everything I have to say. I am sharing my completely unbiased opinions on Kyle Benjamin as I think that is the best thing I can do for him and this situation. I am fully aware of the charges that have been brought onto him, and I'm fully aware of the potential outcomes that may take place if he is found guilty. I know Kyle very well, and I've grown with him as kids. With that being said, I also don't know everything. Although I've known Kyle more than half my life, I can't recall him really ever sharing a deep, emotional connection with me as I think he is afraid to let out his emotions to others. I'm not saying he's never showed any emotion, but I'm simply stating the fact that I don't think Kyle has ever really been vulnerable with me on an emotional level, and is afraid to emotionally confide in me. As every time I've talked to him on the phone since he's been in jail, he hasn't broken down how he feels about this situation, or the victims involved. But this is just what I think is his fear to share with me his emotions. If anyone was affected by his actions, I know deep inside that he feels remorse for anyone that may be involved in any negative way. He just doesn't know how to show it. He is a very easy-going person, and he cares for people. I don't think Kyle really understood the gravity of his actions if he is guilty, but at the end of the day, I don't know if he is or not. Still, I know his intentions were not to hurt anyone. Kyle is NOT a criminal. Kyle is not a thief. Kyle has never been in a fight and literally wouldn't even hurt a fly. Not one day goes by in my head where I can imagine why such a kind and gentle soul could ever be involved in something like this. He never has been involved in drama or trouble growing up. He is kind and caring. I've never seen Kyle argue with someone to a point where he needs to yell or lose composure. Through my experiences with him, he has never tried to physically or mentally hurt anyone. I don't see Kyle as a malicious person. He has never shown me any signs of jealousy or hatred towards anyone, and that was one thing that I really admired about him. He was always trying to be there as a friend and always showed me support through everything I was going through. Kyle is a good person. I personally don't think Kyle would have been the type of person to be accused of charges like this. It is just out of character. I know Kyle is a good person. Everyone that knows him will agree on that.

-Maveric Bennett